■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL HICKSON, Appellant.

Ordered that the sentence is affirmed *(see, People v Kazepis,* 101 AD2d 816; *People v Suitte,* 90 AD2d 80). Mangano, J. P., Kunzeman, Rubin and Harwood, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ARTHUR HOUSTON, JR., Appellant.

We have reviewed the record and agree with the defendant's assigned counsel that there are no meritorious issues that could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *People v Gonzalez,* 47 NY2d 606). Mollen, P. J., Mangano, Bracken and Lawrence, JJ., concur.